# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAMON PRECIADO,** | : | CIVIL ACTION NO. 1:16-CV-692 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WALTER REMMERT**, as an individual  | : | |
| and in his position as Executive | : | |
| Secretary and Bureau Director of the | : | |
| Pennsylvania Horse Racing | : | |
| Commission, and **SAM ELLIOT**, as an | : | |
| individual and in his position as Racing | : | |
| Secretary for Parx Racing, | : | |
| | : | |
| **Defendants** | : | |

## ORDER BY AGREEMENT WITH REGARD TO TEMPORARY RESTRAINING ORDER FILED ON BEHALF OF PLAINTIFF RAMON PRECIADO

AND NOW, this 13th day of May, 2016, upon consideration of the complaint (Doc. 1) filed by plaintiff Ramon Preciado ("Preciado") against defendants Walter Remmert ("Remmert"), in his position as Executive Secretary and Bureau Director of the Pennsylvania Horse Racing Commission, and Sam Elliot ("Elliot"), as an individual and in his position as Racing Secretary for Parx Racing, as well as the motion (Doc. 2) for temporary restraining order and preliminary injunction filed contemporaneously therewith, and further upon consideration of the proposed consent order (Doc. 9) filed by counsel for Preciado and counsel for Elliot, it is hereby ORDERED and DECREED that Parx Racing shall accept the entries of Preciado and stall space shall be provided to Preciado at Parx Racing until the date

the Pennsylvania Horse Racing Commission issues an adjudication and order pertaining to the ejection, dated April 15, 2016, of Preciado from Parx Racing or until the date the Pennsylvania Horse Racing Commission lifts the supersedeas entered on April 18, 2016.

    It is further ordered, upon agreement of the parties as stated in the proposed consent order (Doc. 9), that this order shall not affect the rights of either party to appeal the adjudication and order of the Pennsylvania Horse Racing Commission with regard to the ejection of Preciado, dated April 15, 2016, to the Pennsylvania Commonwealth Court.

    It is further ordered that the parties shall file a joint status report with the court within seven (7) days after the Pennsylvania Horse Racing Commission issues an adjudication and order pertaining to the ejection, dated April 15, 2016, of Preciado from Parx Racing.

    /S/ CHRISTOPHER C. CONNER  
Christopher C. Conner, Chief Judge  
United States District Court  
Middle District of Pennsylvania